**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT**

IN THE MATTER OF:   CHAPTER 13
　　　　　　　　　　　CASE NO. 14-42851
TERESA B. TUBBS, Debtor(s).   JUDGE THOMAS J. TUCKER
_____/

## CHAPTER 13 TRUSTEE RESPONSE TO MOTION FOR ENTRY OF ORDER ALLOWING APPLICATION OF SURPLUS ESCROW FUNDS IN THE AMOUNT OF $2,605.92 TO THE ARREARS CLAIM OF HABITAT FOR HUMANITY

**NOW COMES** the Chapter 13 Trustee, Tammy L. Terry, for her response to the motion for Pre-Confirmation Adequate Protection Payments and states as follows:

1. The debtor filed the current Chapter 13 bankruptcy case on February 26, 2014. The plan was confirmed on May 29, 2014 which proposes a 0% dividend to unsecured creditors over 60 months. The debtor currently has a plan payment history of approximately 89% with a plan payment delinquency of $5,573.05.

2. The debtor filed a motion on January 18, 2018 indicating that her mortgage creditor has a surplus in the escrow account in the amount of $2,605.92. The motion is requesting that the mortgage creditor be allowed to transfer the escrow surplus to the pre-petition arrearage claim. The Trustee would note that the debtor's plan provides for the Trustee to make payments on both the ongoing mortgage payment as well as the pre-petition arrearage claim.

3. The Trustee opposes the debtor's motion as the Trustee has not received any verification of a surplus in the debtor's escrow account with this creditor. Furthermore, the motion fails to indicate how the surplus accumulated. It is the Trustee's position that if the Trustee was making payments to this creditors, and there is now a surplus in the escrow account, the surplus must have originated from the payments sent to the creditor by the Trustee. Accordingly, it is the Trustee's position that this surplus should be sent back to the Trustee to be re-disbursed according to the terms of the plan.

4. It is the Trustee's position that Federal Bankruptcy Rule 3002.1(b) provides the debtor and this creditor the relief they are seeking. Specifically, Section (b) indicates that a holder of a claim shall file and serve on the debtor, debtor's counsel and the Trustee a notice of any change in the payment amount, including any change that results from an interest rate or escrow account adjustment, no later than twenty-one days before a payment in the new amount is due. It is the Trustee's position that this creditor should file a Notice of Payment of Change to rectify this situation.

**WHEREFORE**, the Trustee respectfully request that this honorable Court deny the relief requested.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Tammy L. Terry, Chapter 13 Trustee

January 30, 2018        */s/ **Tammy L. Terry**_____
/s/TAMMY L. TERRY (P-46254)
Chapter 13 Standing Trustee
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)
/s/ MARILYN R. SOMERS-KANTZER (P-52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| | CASE NO. 14-42851 |
| TERESA B. TUBBS, Debtor(s). | JUDGE THOMAS J. TUCKER |
| _____/ | |

### CERTIFICATE OF MAILING

I hereby certify that on January 30, 2018, a copy of **CHAPTER 13 TRUSTEE RESPONSE TO MOTION FOR ENTRY OF ORDER ALLOWING APPLICATION OF SURPLUS ESCROW FUNDS IN THE AMOUNT OF $2,605.92 TO THE ARREARS CLAIM OF HABITAT FOR HUMANITY** was electronically filed with the Clerk of Court, served electronically to the debtor's(s') attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

> */s/ Patrice N. Watson*
> For the Office of the Chapter 13 Trustee-Detroit
> 535 Griswold, Suite 2100
> Detroit, MI  48226
> (313) 967-9857
> mieb_ecfadmin@det13.net

TERESA B. TUBBS
202 ROSEWOOD
YPSILANTI MI  48198


MARRS & TERRY PLLC
6553 JACKSON RD
ANN ARBOR MI  48103