Form:nthrgBK

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 14–42851–tjt
Chapter: 13
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
  Teresa B Tubbs
  202 Rosewood
  Ypsilanti, MI 48198

Social Security No.:
  xxx–xx–2205

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*38* – Motion for application of escrow surplus Filed by Debtor Teresa B Tubbs (Attachments: # 1 Matrix) (Terry, Tricia)

will be held on: 2/22/18 at 09:00 AM at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 1/31/18

                BY THE COURT

                Katherine B. Gullo, Clerk of Court
                U.S. Bankruptcy Court